IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

APR - 5 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22CR00036 RWS/ACL |
| | ) | |
| BRANDON SHANE ANDREWS, | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about February 6, 2022, in Butler County, Missouri, within the Southeastern Division of the Eastern District of Missouri, Brandon Shane Andrews, the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate commerce during or prior to being in defendant's possession. In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney