IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:22-cr-00036-RWS-ACL |
| BRANDON ANDREWS, | ) |
| Defendant. | ) |

# **DEFENDANT'S NOTICE OF INTENT TO WAIVE THE FILING OF PRETRIAL MOTIONS**

Pursuant to the Order entered by United States Magistrate Judge, Abbie Crites-Leoni, Defendant hereby states the following:

1. The undersigned Counsel has received and reviewed extensive discovery materials from Counsel for the Government regarding the Indictment of Defendant.

2. The undersigned Counsel has provided a copy of said discovery materials to Defendant.

3. The undersigned Counsel has personally reviewed and discussed said discovery materials with Defendant.

4. Following said review and discussion, Defendant has determined that he does not wish to raise any issues by way of pretrial motions in this matter.

5. The undersigned Counsel agrees and concurs in Defendant's decision not to raise any issues by way of pretrial motions.

        Respectfully submitted,

        STATLER LAWYERS

        /s/ Erin C. Bradley
        ERIN C. BRADLEY
        MISSOURI BAR # 67465
        FEDERAL BAR # 67465MO
        107 S. Broadview Street
        Cape Girardeau, MO 63703
        (573) 651-4855 Fax (573) 651-0507
        erinbradley@statlerlawyers.com
        ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was electronically filed and served to the following counsel and probation officer of record on this 11th day of May 2020:

MR. TIMOTHY WILLIS
OFFICE OF U.S. ATTORNEY
555 Independence
Room 3000
Cape Girardeau, MO 63703
573-334-3736
Fax: 573-335-2393
timothy.willis2@usdoj.gov

        STATLER LAWYERS

        /s/ Erin C. Bradley
        ERIN C. BRADLEY
        MISSOURI BAR # 67465
        FEDERAL BAR # 67465MO
        107 S. Broadview Street
        Cape Girardeau, MO 63703
        (573) 651-4855 Fax (573) 651-0507
        erinbradley@statlerlawyers.com
        ATTORNEY FOR DEFENDANT