UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22 CR 36 RWS |
| ) | |
| BRANDON SHANE ANDREWS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** as to this defendant is set for <u>**Wednesday, November 16, 2022 at 12:00 noon.**</u> **IN PERSON** at the Rush Hudson Limbaugh, Sr., United States Courthouse, 555 Independence St., Cape Girardeau, Missouri 63701.

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to this defendant is **November 2, 2022.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of

witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2022.